**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ruben COSSYLEON–BECERRA,**
**Defendant—Appellant.**

No. 01–10692.

D.C. No. CR–01–00342–SMM.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 18, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

456

Before HUG, O'SCANNLAIN, and
TASHIMA, Circuit Judges.

## MEMORANDUM**

Ruben Cossyleon–Becerra is challenging
his guilty plea conviction for illegal re-
entry, in violation of 8 U.S.C. § 1326(a),
with a sentencing enhancement pursuant
to 8 U.S.C. § 1326(b)(2). We have juris-
diction pursuant to 28 U.S.C. § 1291, and
we affirm.

Cossyleon–Becerra contends that due
process requires the government to notify
him that his legal permanent resident
("LPR") status was revoked, and that the
district court, therefore, erred by denying
his pretrial motion to include a jury in-
struction requiring a finding that such no-
tification was mailed to his last known
address. To the extent that the defendant
hasn't waived his right to appeal the dis-
trict court's denial of his pretrial motion,
we conclude that the district court proper-
ly rejected Cossyleon–Becerra's proposed
instruction because the record shows that
he was adequately notified that his LPR
status was terminated upon deportation.
*See United States v. Reyna–Tapia,* 294
F.3d 1192, 1196 (9th Cir.2002).[1]

AFFIRMED.

---

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

1. Appellee's unopposed motion to expand the
record filed on April 10, 2002 is granted.